**Order entered February 3, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01473-CV

**ROBERT E. WYATT, Appellant**

**V.**

**CYNTHIA BEAN, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC13-00558**

## ORDER

We **GRANT** appellee's January 30, 2014 unopposed motion to extend time to file brief

and **ORDER** the brief be filed no later than March 7, 2014.


/s/      ELIZABETH LANG-MIERS
JUSTICE